# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRIANNA J. MCNEESE-PERES, <br><br> Defendant. | VIOLATION: <br> F4277281 <br> Location Code: M13 <br><br><br> ORDER |

Based upon the United States' unopposed motion to dismiss the above citation due to staleness and lack of evidence, and for good cause shown,

IT IS ORDERED that violation number F4277281 is DISMISSED.

IT IS FURTHER ORDERED that the bench warrant issued on September 4, 2015, is QUASHED.

DATED this 7th day of November, 2019.

John T. Johnston
United States Magistrate Judge